IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS O. TAITE,** **# 180664,** | : |
| Plaintiff, | : |
| vs. | :    **CIVIL ACTION 23-00428-KD-B** |
| **CLARKE COUNTY, ALABAMA** **DISTRICT ATTORNEYS,** *et al.*, | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) (doc. 2) is ADOPTED as the opinion of this Court. Accordingly, this action is DISMISSED without prejudice, pursuant to 28 U.S.C. 1915(g).

DONE and ORDERED this 29th day of December 2023.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE